In The
 Court of Appeals
 Seventh District of Texas at Amarillo

 ________________________

 No. 07-13-0036-CR
 ________________________
 
 JOHN MURPHY, APPELLANT

 V.

 THE STATE OF TEXAS, APPELLEE
 

 
 On Appeal from the 361[ST] District Court
 Brazos County, Texas
Trial Court No. 11-00935-CRF-361, Honorable Harold "Bob" Towslee, Presiding

 
 February 20, 2013
 
 MEMORANDUM OPINION
 
 Before Quinn, C.J., and Hancock and Pirtle, JJ.
 
 Pursuant to a plea bargain, Appellant, John Murphy, was convicted of injury to a child, elderly individual, or disabled individual with an affirmative finding on use of a deadly weapon and sentenced to thirty-five years confinement. The Trial Court's Certification of Defendant's Right of Appeal reflects that Appellant's case is a plea bargain case, that he has no right of appeal and that he waived the right of appeal. The certification notwithstanding, Appellant's counsel filed a notice of appeal challenging the conviction. 
 By letter dated January 16, 2013, the transferor court notified Appellant's counsel of the consequences of the certification and invited him to file a response showing grounds for continuing the appeal on or before February 6, 2013, noting that failure to do so would result in dismissal of the appeal. 
 Counsel did not file a response. Consequently, we have no alternative but to dismiss this appeal based on the certification signed by the trial court. See Tex. R. App. P. 25.2(d).
 Patrick A. Pirtle
 Justice

Do not publish.